IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LAURETTA D. CONDE,

   Plaintiff,

  v.

TRUCK DRIVERS & HELPER
LOCAL 728 & AFFILIATES,

   Defendant.

CIVIL ACTION FILE
NO. 1:17-CV-78-TWT

**ORDER**

This is a pro se employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 8] of the Magistrate Judge recommending granting in part and denying in part the Defendant's Motion to Dismiss [Doc. 3]. No objections to the Report and Recommendation were filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 3] is GRANTED in part and DENIED in part.

SO ORDERED, this 17 day of April, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\17\Conde\r&r.wpd