IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LAURETTA D. CONDE,

   Plaintiff,

     v.

TRUCK DRIVERS & HELPER
LOCAL 728 & AFFILIATES,

   Defendant.

CIVIL ACTION FILE
NO. 1:17-CV-78-TWT

**ORDER**

This is a pro se employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 38] of the Magistrate Judge recommending allowing the Plaintiff's Title VII and ADEA retaliation claims to proceed. The Plaintiff's Objections to the Report and Recommendation are largely incomprehensible, consisting mostly of abstract principles of law and random factual allegations. No useful purpose would be served in repeating the factual findings and conclusions of law from the thorough and well-reasoned Report and Recommendation. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Plaintiff's Request For Review of Court Order [Doc. 33] is DENIED. The Defendant's Motion to Dismiss Amended Complaint [Doc.

19] is DENIED as moot. The Defendant's Motion to Strike Plaintiff's Second Amended Complaint [Doc. 23] and Corrected Motion to Strike Plaintiff's Second Amended Complaint [Doc. 24] are DENIED. The Plaintiff's Second Amended Complaint [Doc. 20] is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim on which relief may be granted. The Plaintiff's Motion For Leave to File "Second" Amended Complaint [Doc. 28] is DENIED. The Plaintiff's Motion For Leave to File "Third" Amended Complaint [Doc. 35] is GRANTED in part and DENIED in part. Specifically, the Plaintiff's motion to amend her Title VII and ADEA retaliation claims against Defendant Truck Drivers and Helpers Local Union No. 728 is GRANTED and those claims may proceed. But her motion to amend her complaint to assert any other claims set forth in her proposed "Third" Amended Complaint [Doc. 35-1] is DENIED.

SO ORDERED, this 20 day of November, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge